5/8/05

United States District Court
for the District of Massachusetts

United States of America
v
Angel Rivera

Case no. 05-10629-JLT

Motion for Appointment of Counsel

The Defendant, Angel Rivera, Prays This Court will Grant This Motion for the Appointment of Counsel to Assist Him in the following Matter: Case no. 05-10629-JLT. The Defendant is Currently Being Held at the Plymouth House of Correction and is Indigent and Without funds.

Respectfully Submitted

Angel Rivera    5/8/05