FILED
RK'S OFFICE    May 10, 2005

Sarah A. Thornton, Clerk ⁱ¹: 06
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

Re: ANGEL RIVERA V. John Ashcroft
No. 05-10629-JLT

Dear MS. Thronton;

On May 8, 2005, I Submitted a Motion
for appointment of Counsel in your honorable
Court and I hope and Pray that you
accept My Motion. I've Got your information
on the Attorney General Motion to Dismiss
My Petition for Writ of Harbeas CorAas,
Claiming That I Named the wrong defendant
John Ashcroft. and I believe that Thiyre
Claim is wrong Since I wrapped up My
State Sentence on Sept. 13, 2004. and has
been Since detained by immigration
Authority at Plymouth County. When I
first filed My Petition was Last December
2004. but Something happend That your
honorable Court did Not received My

Motion and I re-filed My Petition in your Court three Month later. I Still have Not received anything from your Court but the Attorney General Motion to dismiss My Petition. Again, I Pray that your honorable Court Would appoint Counsel to help me deal with these issues.

thank you very Much for your Valueable and appreciated Service.

respectfully yours

Angel Rivera      5/10/05

ANGEL RIVERA  ID # 38506
Loc C3 # 412
26 Long Pond Rd
Plymouth, MA 02360

* When I filed My Motion Last December the Attorney General was John Ascroft.