UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANGEL RIVERA,
    Petitioner,

    v.                                      CIVIL ACTION NO.
                                                05-10629-JLT

JOHN ASHCROFT,
Attorney General,
    Respondent.

**PROCEDURAL ORDER RE:
PETITIONER'S MAY 10, 2005 LETTER
(DOCKET ENTRY # 13)**

**May 17, 2005**

**BOWLER, U.S.M.J.**

    On May 13, 2005, petitioner Angel Rivera ("petitioner") filed a letter dated May 10, 2005. (Docket Entry # 13). The letter complains that petitioner has not received a ruling from this court regarding a motion for appointment of counsel filed on May 8, 2005. This court, however, denied the motion for appointment of counsel without prejudice by Order dated May 12, 2005. (Docket Entry # 12). It is apparent that at the time petitioner wrote the May 10, 2005 letter, he had not received the May 12, 2005 ruling.

                                          /s/ Marianne B. Bowler
                                        **MARIANNE B. BOWLER**
                                        United States Magistrate Judge