UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANGEL RIVERA,<br>    Petitioner,<br><br>v.<br><br>JOHN ASHCROFT,<br>    Respondent. | CIVIL ACTION<br>NO. 05-10629-JLT |

**RESPONSE TO ORDER TO SHOW CAUSE AS TO
WHETHER PETITIONER IS "IN CUSTODY" PURSUANT TO 28 U.S.C. §§ 2241 & 2254**

In an order dated May 10, 2005, this Court outlined the governing law regarding the petitioner's failure to demonstrate that he is in custody. See Angel Rivera v. John Ashcroft, No. C.A. 04-12731-JLT (May 10, 2005). There, the Court recited the law as follows:

> Section 2254 provides that federal courts "shall entertain an application for a writ of habeas corpus in behalf of a person in custody pursuant to the judgment of a State court." 28 U.S.C. § 2254(a) (emphasis added). Thus, "[t]he first showing a § 2254 petitioner must make" is that he is "in custody pursuant to the judgment of a State court." Lackawanna County Dist. Atty. v. Coss, 532 U.S. 394, 403-404 (2001) (quoting 28 U.S.C. § 2254). The "in custody" language of the federal habeas statutes, 28 U.S.C. §§ 2241, 2254, is jurisdictional and requires habeas petitioners to be in custody under the conviction or sentence they attack when they file the petition. Maleng v. Cook, 490 U.S. 488, 490-91 (1989) (per curiam); Fernos-Lopez v. Figarella Lopez, 929 F.2d 20, 23 (1st Cir. 1991).
>
> Once a prisoner's sentence expires, he is no longer "in custody" under that conviction sufficient for the court to exercise jurisdiction to hear a habeas petition under § 2254. Lackawanna, 532 U.S. at 403-04. Further, "the collateral consequences of that convictions are not themselves sufficient to render an individual 'in custody.'" Maleng, [4]90 U.S. at 492. It is well-settled that deportation proceedings are collateral, rather than direct, consequences of a criminal conviction. See United States v. Gonzalez, 202 F.3d 20, 25 (1st Cir. 2000); Nunez Cordero v. United States, 533 F.2d 723, 726 (1st Cir. 1976); see also Kandiel v. United States, 964 F.3d 794, 796 (8th Cir. 1992) (collecting cases).[footnote omitted]. Thus, a petitioner detained by the BICE as a result of a conviction whose sentence has already expired is not "in custody" for purposes of filing a § 2254 petition attacking the conviction. Broomes v. Ashcroft, 358 F.3d 1251, 1254 (10th Cir.), cert. denied, 73 U.S.L.W. 3353 (2004); Fordjour v.

Stewart, 2003 WL 22416689 at *1 (N.D. Ca. Oct. 20, 2003) (Chesney. J.); Cuevas v. New York, 2002 WL 206985 at *2 (S.D.N.Y. Feb. 11, 2002) (Sweet, J.); Neyor v. I.N.S., 155 F. Supp. 2d 124, 134 (D.N.J. 2001).

Angel Rivera v. John Ashcroft, No. C.A. 04-12731-JLT (May 10, 2005). As the attached documents from the Plymouth County Correctional Facility and the Massachusetts Department of Correction demonstrate, the petitioner completed his state sentence on September 13, 2004, and is currently being detained by the Bureau of Immigration and Customs Enforcement. See Exhibits A, B. Consequently, the petitioner is not "in custody" pursuant to 28 U.S.C. § 2254, and this Court is without jurisdiction to hear his claim.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

_____
Daniel I. Smulow, BBO # 641668
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2949

Date: June 9, 2005

### Certificate of Service

I hereby certify that a true copy of the above document was served on Angel Rivera, Plymouth County Correctional Facility, 26 Long Pond Road, Plymouth, MA 02360, by first class mail, postage prepaid, on June 9, 2005.

_____
Daniel I. Smulow

# EXHIBIT A



# Plymouth County Correctional Facility
## Inmate Summary

**RIVERA-MARTINEZ, ANGEL YUANIS**
16 WILMOTT ST
LAWRENCE, MA
(978) 689-4745

Detainers Outstanding: **None**
Class Level: **Pre-Trial**
Housing:    **C3**

Booking # **404172**
Inmate ID **38506**
DOB       **1964/01/10**
AGE       **41**
SSN       **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**

Room: **412**     Bed: **1**



## Commitment Info                *Pre-Arrgn*        Booking Code:   **SAFEK**

Next Court Dt: **2005/01/28**     Disposed To: **I.N.S. Boston**     Bail: **No Bail**
Committed By: **I.N.S. Boston**   Arrested By:
Commit Date: **2004/09/13**       Arrest Date:                        Eff.:
Full Time:                        End of Sntnc:                       PED:

Ref#:   **A37155411**             Sentence:
SID:                              Alternate ID: **CLASS 3**           FBI:

| Ref# | Offense | Offense Type | Statute | Bail |
|---|---|---|---|---|
| A37155411 | IMMIGRATION HOLD | – | – | No Bail |

## Personal Info

Sex: **M**   Hair: **BRO**   Eyes: **BRO**   Hgt: **5'9"**   Wgt: **180**   Race: **HIS**   Ethnicity: **HIS**
Hair Length: **SHT**   Teeth: **NRM**   Handed: **R**   Build: **MED**   Speech: **LAC**   Language: **SPN**
Skin Ton: **OLV**   Marital Sts: **S**   Children: **3**   Religion: **CRS**   Education: **HD**
Military: **NSR**   Occu.: **insurance sales**   POB: **santo domingo**
Citizen: **DOMINICAN REPUBLIC**   Self Reported Physical   **GOOD**
Scars, Marks, Tattoos:
Special Needs:
Warrant Info:

## Family Info

Spouse:                                              Phone:

Mother: **martinez, elvira**                         Phone:
                                                     Living
Father: **rivera, nicolas**                          Phone:
                                                     Living
Emergency: **rivera-garcia, ingrid**                 Phone: **(978) 686-4745**
           **same, same, MA**                        **SISTER**

Printed:  2005/05/03    12:25                        Page:  1    of  2



# Plymouth County Correctional Facility
## Inmate Summary
## Supplemental Information

**RIVERA-MARTINEZ, ANGEL YUANIS**
16 WILMOTT ST
LAWRENCE, MA

Booking #:    404172

## Alerts

Notifications:
Risk Types:

Special
Management:

## Alias Information

Name:                    DOB:      SSN:       Comments:

## Enemies

Name:                    Inmate ID:   Comments:

## Detainers

Type:           Agency:                              Status:   Expiration:

## Restraining Orders

Type:           Plaintiff:                           Start Date:  End Date:

# EXHIBIT B

Case 1:05-cv-10629-JLT  Document 15  Filed 06/10/2005  Page 6 of 9

```
                       Inmate Sentence Listing
               W62790        RIVERA,ANGEL
Report Date:2005 0609 09:27:59
------------------------------------------------------------------------
                           Sentence Unit:  A
------------------------------------------------------------------------
Sent #: 1          Statute:   1ST   265    22A                    320
                             RAPE OF CHILD UND 16; USE OF FORCE (1ST)

     Off. Date:  19951001
    Sent. Type:  State Prison                           PE:   20050528
       Imposed:  19970606                               Min:  20050528
       Invoked:  19970606      8Y TO 8Y 1D              Max:  20050529
   Jail Credit:  8                                      Gcd:
     Effective:  19970529
         Court:  ESSEX SUP CRT-NEWBURYPORT
        Docket:  96832

                                       Statutory good Time Restrictions.


------------------------------------------------------------------------
Sent #: 2          Statute:   1ST   265    22A                    320
                             RAPE OF CHILD UND 16; USE OF FORCE (1ST)

     Off. Date:  19951001
    Sent. Type:  State Prison                           PE:   20050528
       Imposed:  19970606                               Min:  20050528
       Invoked:  19970606      8Y TO 8Y 1D              Max:  20050529
   Jail Credit:  8                                      Gcd:
     Effective:  19970529
         Court:  ESSEX SUP CRT-NEWBURYPORT
        Docket:  96834

                                       Statutory good Time Restrictions.


------------------------------------------------------------------------
Sent #: 3          Statute:   1ST   265    13B                    331
                             INDECENT A&B ON CHILD UNDER 14 (1ST)

     Off. Date:  19900601
    Sent. Type:  State Prison                           PE:   20000128
       Imposed:  19970606                               Min:  20010528
       Invoked:  19970606      4Y TO 5Y                 Max:  20020528
   Jail Credit:  8                                      Gcd:
     Effective:  19970529
         Court:  ESSEX SUP CRT-NEWBURYPORT
        Docket:  96837

                                     . Statutory good Time Restrictions.
```

```
                              Inmate Sentence Listing
                        W62790         RIVERA,ANGEL
Report Date:2005 0609 09:27:59
------------------------------------------------------------------------
                              Sentence Unit:  A
------------------------------------------------------------------------
Sent #: 4           Statute:    1ST    265      13B                              331
                               INDECENT A&B ON CHILD UNDER 14 (1ST)
   Off. Date:   19951001
   Sent. Type:  State Prison                                     PE:    20010528
     Imposed:   19970606                                         Min:   20010528
     Invoked:   19970606           4Y TO 5Y                      Max:   20020528
  Jail Credit:  8                                                Gcd:
    Effective:  19970529
        Court:  ESSEX SUP CRT-NEWBURYPORT
       Docket:  96838

                                         Statutory good Time Restrictions.


    Paroled         Revoked      Returned          Escaped        Returned
    -------         -------      --------          -------        --------
                                              Combined dates as of    20040927 13:44
                                              ---------------------------------------
   Time on parole:         0                      Original    Revised     Adjusted
   Dead time(parole):      0
   Dead time (escape):     0       PE Date :      20050528                20040912
       Earned time:   257.50       Minimum :      20050528                20040912
        Forfeitures:      .0       Maximum :      20050529                20040913
        Restorations:     .0       GCD Date:
```

Massachusetts Department of Correction - VSTAT - General - W_ADM_GVSTAT          Page 1 of 1

Massachusetts Department of Correction - VSTAT - General - W_ADM_GVSTAT Report on Thursday June 9, 2005 09:30

| Select Inmate Commitment Number | | Name | Comm # | Status | Unit, Cell, Bed | Sec. Level | Comm | |
|---|---|---|---|---|---|---|---|---|
| W62790 | ANGEL | RIVERA | W62790 | RELEASED | UNASSIGNED | 4 | 19970606 | 200 |
| Photo Image | | | | | | | | |