UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Angel Rivera** <br> **Plaintiff** <br><br> V. <br><br> **John Ashcroft** <br> **Defendant** | CIVIL ACTION <br><br> NO. 05-cv-10629 JLT |

## JUDGMENT

**Tauro, D. J.**

In accordance with the Court's Endorsement dated August 29, 2005 adopting the Magistrate Judge's Report and Recommendation of July 11, 2005, granting the Respondent's Motion to Dismiss, it is hereby ORDERED:

Judgment for the RESPONDENT.

By the Court,

August 30, 2005
Date

/s/ Kimberly M. Abaid
Deputy Clerk

(R&R Judgment.wpd - 12/98)